THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Jesus Santana,
 Jr., Appellant.
 
 
 

Appeal From York County
 J. Michael Baxley, Circuit Court Judge
Unpublished Opinion No. 2008-UP-355
Submitted July 1, 2008  Filed July 10,
 2008    
APPEAL DISMISSED

 
 
 
 Appellate Defender LaNelle C. DuRant, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; Solicitor Kevin Scott Brackett, of York, for Respondent.
 
 
 

PER CURIAM: Jesus
 Santana, Jr., pled guilty to trafficking
 cocaine in an amount of 28 to 100 grams.  He was sentenced to fifteen years
 imprisonment.  On appeal, Santana alleges the trial court erred in accepting his
 guilty plea because the State failed to introduce any evidence proving the quantity
 of cocaine and whether the substance was in fact cocaine.  Santana did not file
 a pro se brief.  After a thorough
 review of the record and counsels brief pursuant to Anders v. California,
 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsel's motion to be relieved.[1]
APPEAL DISMISSED.
HEARN,
 C.J., CURETON and GOOLSBY, A.J.J., concur. 

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.